[Crim. No. 1541. First Appellate District, Division One.—April 16, 1929.]

In the Matter of PETER GRIGORIS, also Known as PETER GREGORY, for a Writ of Habeas Corpus.

Joseph A. Brown for Petitioner.

No appearance for Respondent.

THE COURT.— Petition for writ of *habeas corpus.* It appears from the record that petitioner is held by the sheriff of the city and county of San Francisco under an order of arrest issued out of the superior court for failure to obey an order duly served upon him requiring that he appear and show cause why he should not be punished for failure to obey a previous order with reference to the payment of alimony. The court had full authority to make the order in question.

The petition is denied.